1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JIMMY GOMEZ, SR.<br><br>             Plaintiff,<br><br>   v.<br><br>AMTRACK TRAIN COMPANY,<br>Sacramento, California,<br><br>             Defendant. | NO. 3:18-CV-05147-RBL<br><br>PETITION FOR ORDER APPROVING PAYMENT OF ATTORNEY FEES AND COSTS |

15
16
17
18
19
20
21
22
23
24
25

COMES NOW ROBIN H. BALSAM of ROBIN H. BALSAM P.S., court appointed Settlement Guardian ad Litem for Jimmy Gomez, Jr., the minor plaintiff in this matter, and hereby petitions the court for approval of the attorney fees and costs incurred in connection with investigation of the injury to Jimmy Gomez, Jr..

On September 4, 2019, Robin H. Balsam was appointed as Settlement Guardian al Litem.

Robin H. Balsam P.S. has incurred the sum of $8,884.00 in reasonable and necessary fees and costs in the amount of $8.99 during the course of investigating the settlement for Jimmy Gomez, Jr. during the period of

PETITION FOR ORDER APPROVING
PAYMENT OF ATTORNEY FEES AND
COSTS - 1

V:\G\Gomez\P-PetFees090320alr.doc

ROBIN H. BALSAM P.S.
Attorneys at Law
911 South I Street
Tacoma, Washington 98405
(253) 627-7800 / Fax (253) 572-0912

1  December 2019 through September 25, 2020.  Total hours were 45.50 for an

2  average hourly rate of $195.25, which is a discount to Jimmy Gomez, Jr. of

3  $154.75 per hour from the attorney's normal hourly rate of $350.00.

4        Whenever possible and appropriate, the firm of Robin H. Balsam P.S.

5  utilizes the services of its associate attorneys, legal assistants, and legal

6  secretaries in order to reduce the cost of the firm's services.   An itemized

7  statement which describes the services rendered and costs incurred in detail

8  is attached hereto as **Exhibit "A"**.  A summary of the work performed during

9  this period is as follows:

10  - Review Complaint and medical attachments from attorney
11  - Multiple telephone calls and emails with Jimmy Gomez, Sr.
12  - Emails and telephone calls with Ms. Valdez
13  - Prepare Notice of Appearance and Oath as Settlement Guardian ad Litem
14  - Arrange for and attend meeting with Jimmy Gomez, Jr. and his parents.
15  - Review 131 pages of medical records
16  - Correspondence with parties regarding settlement offer
17  - Legal and medical research
18  - Research regarding parties dissolution and information regarding custody
19  - Gather annuity quotes
20  - Prepare Settlement GAL Report
21  - Contact numerous medical offices, Washington State Health Care Authority, and Optum regarding subrogation information for settlement
22

23        WHEREFORE, Robin H. Balsam requests that the court enter an order

24  approving the fees and costs of Robin H. Balsam P.S. as reasonable and

25

PETITION FOR ORDER APPROVING
PAYMENT OF ATTORNEY FEES AND
COSTS - 2

V:\G\Gomez\P-PetFees090320alr.doc

ROBIN H. BALSAM P.S.
Attorneys at Law
911 South I Street
Tacoma, Washington 98405
(253) 627-7800 / Fax (253) 572-0912

1   necessary, and ordering Amtrak Train Company to pay the same as agreed

2   by their legal counsel, and for such other and further relief as the court

3   deems just and equitable.

4       DATED this ___2___ day of October, 2020.

5

6                       _____

7                       ROBIN H. BALSAM, WSBA #14001
                    Settlement Guardian ad Litem

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PETITION FOR ORDER APPROVING
PAYMENT OF ATTORNEY FEES AND
COSTS - 3

ROBIN H. BALSAM P.S.
Attorneys at Law
911 South I Street
Tacoma, Washington 98405
(253) 627-7800 / Fax (253) 572-0912

V:\G\Gomez\P-PetFees090320alr.doc

EXHIBIT "A"
ATTORNEY FEES AND COSTS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

PETITION FOR ORDER APPROVING
PAYMENT OF ATTORNEY FEES AND
COSTS - 4

V:\G\Gomez\P-PetFees090320alr.doc

ROBIN H. BALSAM P.S.
Attorneys at Law
911 South I Street
Tacoma, Washington 98405
(253) 627-7800 / Fax (253) 572-0912

# Jimmy Gomez, Jr.
## Attorney Fees and Costs – Settlement Guardian ad Litem

| MONTH | HOURS | FEES | COSTS | TOTAL | | PAYMENTS | OUT-STANDING |
|---|---|---|---|---|---|---|---|
| Dec-19 | 1.90 | $220.00 | $0.00 | $220.00 | | | $220.00 |
| Jan-20 | 13.75 | $3,301.50 | $0.00 | $3,301.50 | | | $3,521.50 |
| Feb-20 | 1.40 | $285.00 | $0.00 | $285.00 | | | $3,806.50 |
| Mar-20 | 4.15 | $898.50 | $0.00 | $898.50 | | | $4,705.00 |
| Apr-20 | 8.25 | $1,250.50 | $0.50 | $1,251.00 | | | $5,956.00 |
| May-20 | 2.90 | $424.00 | $5.44 | $429.44 | | | $6,385.44 |
| Jun-20 | 0.20 | $30.00 | $0.00 | $30.00 | | | $6,415.44 |
| Jul-20 | 1.30 | $245.00 | $0.00 | $245.00 | | | $6,660.44 |
| Aug-20 | 3.75 | $525.50 | $0.65 | $526.15 | | | $7,186.59 |
| Sep-20 | 7.90 | $1,704.00 | $2.40 | $1,706.40 | | | $8,892.99 |
| totals | 45.50 | $8,884.00 | $8.99 | $8,892.99 | Balance | $0.00 | |
| | | | | | total paid | $0.00 | |
| Avg. Hourly Rate: | | $195.25 | | | | | |
| Hourly Discount: | | $154.75 | | | | | |
| No Charge Hours: | | | | | | | |
| N/C Discount: | | | | | | | |

# *Robin Balsam P.S.*

911 South I Street
Tacoma, WA 98405
253-627-7800
cmb@balsamlaw.com

---

**Jimmy Gomez**
WA

**Re:** Litigation GAL - RHB

**Date:** 12/27/2019
**File Number:** GOMEZVS.AMTRAK/19-435
**Invoice Number:** 29309

---

| Date | Initials | Description of Service | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 12/10/2019 | RHB | REVIEW DOCS Complaint and attachments (medical) from attorney - email attorney requesting more info. | 0.40 | 140.00 |
| 12/11/2019 | AR | Telephone call to Mr. Gomez regarding appointment with RHB (lm). | 0.10 | No Charge |
| 12/12/2019 | AR | Set up RHB on e-filing with Western District ofWashington. | 0.30 | No Charge |
| 12/13/2019 | AR | Prepare RHB's Notice of Appearance and Oath as Settlement GAL. | 0.30 | 30.00 |
| 12/16/2019 | AR | Telephone call to Mr. Gomez regarding appointment with Ms. Balsam (lm). | 0.10 | No Charge |
| 12/17/2019 | AR | Email to Mr. Gomez regarding available dates/times for meeting with RHB. | 0.20 | 20.00 |
| 12/17/2019 | AR | Email to Western District of Washington regarding category for RHB as a filer on this case. | 0.20 | No Charge |
| 12/18/2019 | AR | Telephone call from Mr. Gomez regarding meeting with RHB.  Email to RHB regarding same. | 0.30 | 30.00 |
| | | **Total Fees** | **1.90** | **$220.00** |

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Current Fees | 220.00 |
| **AMOUNT DUE AND OWING TO DATE** | **$220.00** |

## *Robin Balsam P.S.*

911 South I Street
Tacoma, WA 98405

253-627-7800

cmb@balsamlaw.com

---

**Jimmy Gomez**
WA

**Re:** Litigation GAL - RHB

| | |
|---|---|
| **Date:** | 1/29/2020 |
| **File Number:** | GOMEZVS.AMTRAK/19-435 |
| **Invoice Number:** | 29670 |

---

| Date | Initials | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 12/23/2019 | AR | Prepare report form - Settlement GAL | 0.50 | No Charge |
| 12/23/2019 | AR | Telephone call to USDC regarding RHB being added to the case, and how to categorize the Notice of Appearance. Talked to Gail. | 0.30 | 42.00 |
| 12/30/2019 | AR | Telephone call to Gail at USDC regarding e-filing (lm). | 0.10 | 14.00 |
| 12/30/2019 | AR | Westlaw search on Mr. Gomez. Washington Courts Search. Review LINX file 18-3-04468-4 (dissolution) for info on custody of son. | 1.00 | 140.00 |
| 01/02/2020 | RHB | REVIEW DOCS Annulment case Pierce County concerning parents. | 0.40 | 140.00 |
| 01/02/2020 | MH | REVIEW DOCS Review file. | 0.30 | 84.00 |
| 01/07/2020 | AR | Call from Gail at USDC regarding e-filing and process to get RHB added to the ecf system. | 0.20 | 30.00 |
| 01/07/2020 | RHB | CONSULTATION with parents, Jimmy re: injuries. | 1.25 | 437.50 |
| 01/07/2020 | MH | INVESTIGATION Meet with mother, father, and children in Gomez vs. Amtrak. | 1.00 | No Charge |
| 01/07/2020 | MH | OTHER Summarize notes and dictate summary. | 1.00 | 280.00 |
| 01/08/2020 | MH | DOC PREPARATION Review and add to interview memo. | 0.70 | 196.00 |
| 01/08/2020 | RHB | REVIEW DOCS Medical records 131 pages. | 1.10 | 385.00 |
| 01/09/2020 | AR | E-file RHB's notice of appearance and oath. | 0.10 | No Charge |
| 01/13/2020 | RHB | CORRESPONDENCE Amtrac re: settlement offer. | 0.30 | 105.00 |
| 01/13/2020 | MH | MEETING WITH STAFF Conference with RHB re: injuries, pre-existing conditions and egg shell victim, complete lack of blame re:Jimmy, Jr. | 0.20 | 56.00 |
| 01/13/2020 | RHB | REVIEW DOCS Medical memo overview - research strabismus and post concussive syndrome. | 0.30 | 105.00 |
| 01/13/2020 | RHB | REVIEW DOCS Medical memo overview research strabismus and post concussive syndrome. | 0.10 | 35.00 |
| 01/13/2020 | RHB | TELEPHONE CALL Ringlers, Tony Robinson re: annuity. | 0.20 | 70.00 |
| 01/15/2020 | RHB | REVIEW DOCS Annuity quote. | 0.20 | 70.00 |
| 01/16/2020 | MH | DOC PREPARATION Add to letter to Lane Powell. | 0.70 | 196.00 |
| 01/16/2020 | MH | RESEARCH Federal Tort Claims Act Coverage. | 1.00 | 280.00 |
| 01/16/2020 | MH | RESEARCH Seat latches and seat belts on Amtrak trains. | 0.60 | 168.00 |
| 01/17/2020 | RHB | RESEARCH Research GAL in Federal Court. | 0.50 | 175.00 |
| 01/17/2020 | RHB | REVIEW DOCS and correct letter to attorneys. | 0.20 | 70.00 |

| 1/29/2020 | | GOMEZVS.AMTRAK/19-<br>435 | Jimmy Gomez | | Page:2 |
|---|---|---|---|---|---|
| 01/17/2020 | AR | Scan in and organize medical records per RHB's instructions.  Organize pictures and annuity info from RHB's emails. | | 0.40 | 48.00 |
| 01/17/2020 | RHB | TELEPHONE CALL Neuhart attorney for Mrs. Gomez on domestic case. | | 0.20 | 70.00 |
| 01/21/2020 | AR | Email RHB's letter to Mr. Wackerbarth and Mr. Yates. | | 0.20 | No Charge |
| 01/21/2020 | AR | Prepare email to Mr. Wackerbarth and Mr. Yates for RHB's review and approval. | | 0.10 | No Charge |
| 01/22/2020 | RHB | CORRESPONDENCE Parents re: settlement. | | 0.30 | 105.00 |
| 01/22/2020 | AR | Research contact information for parents and update file.  Add information to RHB's letter to parents regarding settlement proposal to Amtrak. | | 0.30 | 0.00 |
| | | **Total Fees** | | **13.75** | **$3,301.50** |

### STATEMENT OF ACCOUNT

| | |
|---|---|
| Prior Balance | 220.00 |
| Current Fees | 3,301.50 |
| **AMOUNT DUE AND OWING TO DATE** | **$3,521.50** |

Fees and costs can be paid over the phone or online with all major credit cards.  Client funds held in the Trust Ledger shall be applied to the invoice balance 10 days from the date of the invoice.  Any unpaid fees and costs remain the client's responsibility and should be remitted promptly.  Thank you.

### **AVAILABLE NOW!  PAY YOUR BILL ONLINE**

To make a payment on this invoice using your debit or credit card, please follow this link:
https://secure.lawpay.com/pages/robinhbalsam/operating

To make an initial retainer deposit or to replenish your attorney retainer funds, please follow this link:
https://secure.lawpay.com/pages/robinhbalsam/trust

If you have any questions, please contact our bookkeeper at bookkeeper@balsamlaw.com.

# *Robin Balsam P.S.*

911 South I Street
Tacoma, WA 98405
253-627-7800
cmb@balsamlaw.com

---

**Jimmy Gomez**
WA

**Re:** Litigation GAL - RHB

| | |
|---|---|
| **Date:** | 2/24/2020 |
| **File Number:** | GOMEZVS.AMTRAK/19-435 |
| **Invoice Number:** | 29990 |

---

| Date | Initials | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 01/27/2020 | RHB | REVIEW DOCS Domestic paperwork. | 0.40 | 140.00 |
| 01/29/2020 | AR | Email RHB's letter to parents with communication to Lane Powell attorneys to Mr. Gomez, Ms. Vasquez, and Mr. Neuharth. | 0.20 | No Charge |
| 02/03/2020 | AR | Work on Settlement GAL report per RHB's memo. | 0.50 | 75.00 |
| 02/17/2020 | RHB | CORRESPONDENCE Attorneys Amtrak re: status. | 0.20 | 70.00 |
| 02/20/2020 | AR | Email RHB's letter to Mr. Wackerbarth and Mr. Yates. Send copies to Mr. Gomez, Sr. and Ms. Vasquez. | 0.10 | No Charge |
| | | **Total Fees** | **1.40** | **$285.00** |

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Prior Balance | 3,521.50 |
| Current Fees | 285.00 |
| **AMOUNT DUE AND OWING TO DATE** | **$3,806.50** |

Fees and costs can be paid over the phone or online with all major credit cards.  Client funds held in the Trust Ledger shall be applied to the invoice balance 10 days from the date of the invoice.  Any unpaid fees and costs remain the client's responsibility and should be remitted promptly.  Thank you.

### AVAILABLE NOW!  PAY YOUR BILL ONLINE

To make a payment on this invoice using your debit or credit card, please follow this link:
https://secure.lawpay.com/pages/robinhbalsam/operating

To make an initial retainer deposit or to replenish your attorney retainer funds, please follow this link:
https://secure.lawpay.com/pages/robinhbalsam/trust

If you have any questions, please contact our bookkeeper at bookkeeper@balsamlaw.com.

## *Robin Balsam P.S.*

911 South I Street
Tacoma, WA 98405
253-627-7800
cmb@balsamlaw.com

---

**Jimmy Gomez**
WA

**Re:** Litigation GAL - RHB

| | |
| --- | --- |
| **Date:** | 3/31/2020 |
| **File Number:** | GOMEZVS.AMTRAK/19-435 |
| **Invoice Number:** | 30311 |

---

| Date | Initials | Description of Service | Hours | Amount |
| --- | --- | --- | --- | --- |
| 03/06/2020 | AR | Review settlement acceptance email from Andrew Yates.  Email to NV and CB regarding GAL report, acceptance of settlement, and further direction on project.  Update start of GAL report and forward to CB. | 0.20 | No Charge |
| 03/11/2020 | CMB | Prepared rough draft of Settlement GAL Report based on attorney notes, medical records, and accepted settlement offer.  To RHB for review and completion. | 2.00 | 300.00 |
| 03/16/2020 | RHB | REVIEW DOCS and respond to email from Yates and Northwest Guardian - subrogation info has to be gathered. | 0.20 | 70.00 |
| 03/17/2020 | RHB | OTHER Instructions to paralegal on subrogation. | 0.20 | 70.00 |
| 03/17/2020 | RHB | REVIEW DOCS and correct GAL report. | 0.35 | 122.50 |
| 03/25/2020 | MH | DOC PREPARATION Memo re: additions to report and discussion of annuity. | 0.50 | 140.00 |
| 03/25/2020 | MH | REVIEW DOCS SGAL CLE materials. | 0.50 | 140.00 |
| 03/25/2020 | MH | REVIEW DOCS SGAL report. | 0.20 | 56.00 |
| | | **Total Fees** | **4.15** | **$898.50** |

**STATEMENT OF ACCOUNT**

| | |
| --- | --- |
| Prior Balance | 3,806.50 |
| Current Fees | 898.50 |
| **AMOUNT DUE AND OWING TO DATE** | **$4,705.00** |

## *Robin Balsam P.S.*

911 South I Street
Tacoma, WA 98405
253-627-7800
cmb@balsamlaw.com

---

**Jimmy Gomez**
WA

**Re:** Litigation GAL - RHB

| | |
|---|---|
| **Date:** | 4/28/2020 |
| **File Number:** | GOMEZVS.AMTRAK/19-435 |
| **Invoice Number:** | 30659 |

---

| **Date** | **Initials** | **Description of Service** | **Hours** | **Amount** |
|---|---|---|---|---|
| 03/26/2020 | RHB | OTHER Work on GAL report; CORRESPONDENCE Subrogation letter. | 0.50 | 175.00 |
| 03/26/2020 | RHB | REVIEW DOCS and respond to Mr. Gomez's questions on timing. | 0.20 | 70.00 |
| 03/26/2020 | AR | Review medical records for all providers and send list to RHB/CB.  Discuss subrogation letter/project with RHB. | 0.30 | 45.00 |
| 03/27/2020 | AR | Gather contact information for Mary Bridge Childrens Hospital.  Telephone calls to Admin and Billing departments for process to ask for subrogation information.  Left message with Billing Department.  Review medical records for dates of service. | 0.60 | 90.00 |
| 03/27/2020 | AR | Research contact information for MultiCare Lakewood Urgent Care.  Telephone call to billing department.  Research main MultiCare billing  for subrogation information.  Review medical records for dates of service. | 0.50 | 75.00 |
| 03/27/2020 | AR | Research contact information for PNW Federal Way (pediatrics NW).  Left message for billing department regarding process for subrogation information.  Review medical records for dates of service. | 0.50 | 75.00 |
| 03/27/2020 | AR | Research contact information for submitting a subrogation claim to AppleCare of Washington.  Left message with billing department and administrative department, | 0.50 | 75.00 |
| 04/03/2020 | AR | Telephone calls to providers (left messages) for subrogation request addresses. | 0.80 | 96.00 |
| 04/06/2020 | RHB | OTHER Work with paralegal on subrogation letters. | 0.20 | 70.00 |
| 04/06/2020 | AR | Prepare medical information release and financial information releases for Ms. Vasquez to sign and return.  Prepare letter to Ms. Vasquez regarding releases and other information needed to obtain subrogation information from medical providers. | 0.50 | 0.00 |
| 04/06/2020 | AR | Telephone call from Michelle at Lakewood Urgent Care Center regarding subrogation interest. Email to RHB regarding same. | 0.30 | 45.00 |
| 04/06/2020 | AR | Telephone call from Tina at Mary Bridge Children's Hospital regarding subrogation interest.  Email to RHB regarding same. | 0.30 | 45.00 |

| 4/28/2020 | | GOMEZVS.AMTRAK/19-435 | Jimmy Gomez | | Page:2 |
|---|---|---|---|---|---|
| 04/06/2020 | AR | Telephone call to Apple Health (on hold for 35 minutes). Email to RHB regarding information required to get the information needed to send a subrogation letter. | 0.60 | 90.00 |
| 04/08/2020 | CMB | Reviewed medical records and added details on providers and dates of records reviewed to SGAL Report.  Made other corrections and revisions as noted. To RHB for review/completion. | 0.75 | 112.50 |
| 04/09/2020 | AR | Email and mail RHB's letter and needed releases to Ms. Vasquez.  Send copy to Ms. Vasquez's attorney and Jimmy Gimez, Sr. | 0.30 | No Charge |
| 04/14/2020 | AR | Telephone call from Ms. Vasquez regarding medical providers and releases to be signed.  Email to RHB regarding same. | 0.30 | 45.00 |
| 04/15/2020 | RHB | REVIEW DOCS and respond to email from Yates on case. | 0.20 | 70.00 |
| 04/17/2020 | AR | Draft letter to Mary Bridge per RHB's memo and email her for review and comment. | 0.60 | 72.00 |
| 04/17/2020 | AR | Give AP instructions, per RHB, on calling Ms. Vasquez for Jimmy's Apple Health number. | 0.20 | No Charge |
| 04/20/2020 | AP | Called Juanita Vasquez to get apple health number. Juanita will call back. | 0.10 | No Charge |
| | | **Total Fees** | **8.25** | **$1,250.50** |

**Expenses**

| 04/22/2020 Postage | 0.50 | |
|---|---|---|
| **Total Expenses** | | **$0.50** |
| **TOTAL NEW CHARGES** | | **$1,251.00** |

### STATEMENT OF ACCOUNT

| Prior Balance | 4,705.00 |
|---|---|
| Current Fees | 1,250.50 |
| Current Expenses | 0.50 |
| **AMOUNT DUE AND OWING TO DATE** | **$5,956.00** |

# *Robin Balsam P.S.*

911 South I Street
Tacoma, WA 98405
253-627-7800
cmb@balsamlaw.com

---

**Jimmy Gomez**
WA

**Re:** Litigation GAL - RHB

**Date:** 5/27/2020
**File Number:** GOMEZVS.AMTRAK/19-435
**Invoice Number:** 30996

---

| Date | Initials | Description of Service | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 05/01/2020 | AR | Complete RHB's letters to Mary Bridge, Lakewood Urgent Care, PNW Federal Way, and Applecare. | 0.70 | 105.00 |
| 05/04/2020 | AR | Fax letters to Mary Bridge, Lakewood Urgent Care, PNW Federal Way, and Applecare. | 0.70 | 84.00 |
| 05/04/2020 | RHB | REVIEW DOCS and respond to Jimmie Gomez's email on case. | 0.20 | 70.00 |
| 05/15/2020 | RHB | REVIEW DOCS and respond NWG email. | 0.20 | No Charge |
| 05/21/2020 | AR | Telephone calls (lm) to Washington Health Care Authority, Mary Bridge Hospital, Lakewood Urgent Care, and PNW Federal Way regarding RHB's May 1, 2020 letter regarding subrogation interests. | 0.60 | 90.00 |
| 05/22/2020 | AR | Prepare cover sheets to medical providers and re-fax RHB's subrogation May 1, 2020 letter. | 0.50 | 75.00 |
| | | **Total Fees** | **2.90** | **$424.00** |

**Expenses**

| | | |
|---|---|---|
| Postage | | 5.44 |
| **Total Expenses** | | **$5.44** |
| **TOTAL NEW CHARGES** | | **$429.44** |

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Prior Balance | 5,956.00 |
| Current Fees | 424.00 |
| Current Expenses | 5.44 |
| **AMOUNT DUE AND OWING TO DATE** | **$6,385.44** |

# *Robin Balsam P.S.*

911 South I Street
Tacoma, WA 98405
253-627-7800
cmb@balsamlaw.com

---

**Jimmy Gomez**
WA

**Re:** Litigation GAL - RHB

| | |
|---|---|
| **Date:** | 6/30/2020 |
| **File Number:** | GOMEZVS.AMTRAK/19-435 |
| **Invoice Number:** | 31322 |

---

| Date | Initials | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 05/29/2020 | AR | Telephone call to Pediatrics NW to discuss subrogration (lm). | 0.20 | 30.00 |
| | | **Total Fees** | **0.20** | **$30.00** |

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Prior Balance | 6,385.44 |
| Current Fees | 30.00 |
| **AMOUNT DUE AND OWING TO DATE** | **$6,415.44** |

Fees and costs can be paid over the phone or online with all major credit cards.  Client funds held in the Trust Ledger shall be applied to the invoice balance 10 days from the date of the invoice.  Any unpaid fees and costs remain the client's responsibility and should be remitted promptly.  Thank you.

### AVAILABLE NOW!  PAY YOUR BILL ONLINE

To make a payment on this invoice using your debit or credit card, please follow this link:
https://secure.lawpay.com/pages/robinhbalsam/operating

To make an initial retainer deposit or to replenish your attorney retainer funds, please follow this link:
https://secure.lawpay.com/pages/robinhbalsam/trust

If you have any questions, please contact our bookkeeper at bookkeeper@balsamlaw.com.

# *Robin Balsam P.S.*

911 South I Street
Tacoma, WA 98405
253-627-7800
cmb@balsamlaw.com

---

**Jimmy Gomez**
WA

**Re:** Litigation GAL - RHB

**Date:** 7/29/2020
**File Number:** GOMEZVS.AMTRAK/19-435
**Invoice Number:** 31653

---

| Date | Initials | Description of Service | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 07/01/2020 | RHB | REVIEW DOCS and correct letter to OFR subrogation. | 0.20 | 70.00 |
| 07/01/2020 | AR | Review file and prepare letter to Clare Mancini at Health Care Authority to obtain subrogation information related to the accident and injury only.  Emails with RHB regarding same. | 0.60 | 90.00 |
| 07/01/2020 | RHB | TELEPHONE CALL with paralegal re: subrogation. | 0.20 | 70.00 |
| 07/02/2020 | AR | Corrections to RHB's letter to Ms. Mancini and email to RHB regarding same. | 0.20 | No Charge |
| 07/07/2020 | AR | Review email from Ms. Mancini.  Save to computer and forward to RHB. | 0.10 | 15.00 |
| | | **Total Fees** | **1.30** | **$245.00** |

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Prior Balance | 6,415.44 |
| Current Fees | 245.00 |
| **AMOUNT DUE AND OWING TO DATE** | **$6,660.44** |

Fees and costs can be paid over the phone or online with all major credit cards.  Client funds held in the Trust Ledger shall be applied to the invoice balance 10 days from the date of the invoice.  Any unpaid fees and costs remain the client's responsibility and should be remitted promptly.  Thank you.

### **AVAILABLE NOW!  PAY YOUR BILL ONLINE**

To make a payment on this invoice using your debit or credit card, please follow this link:
https://secure.lawpay.com/pages/robinhbalsam/operating

To make an initial retainer deposit or to replenish your attorney retainer funds, please follow this link:
https://secure.lawpay.com/pages/robinhbalsam/trust

If you have any questions, please contact our bookkeeper at bookkeeper@balsamlaw.com.

## *Robin Balsam P.S.*

911 South I Street
Tacoma, WA 98405

253-627-7800

cmb@balsamlaw.com

---

**Jimmy Gomez**
WA

**Re:** Litigation GAL - RHB

| | |
|---|---|
| **Date:** | 8/28/2020 |
| **File Number:** | GOMEZVS.AMTRAK/19-435 |
| **Invoice Number:** | 31989 |

---

| <u>Date</u> | <u>Initials</u> | **Description of Service** | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 07/29/2020 | AR | Emails with RHB on status of matter and obtaining subrogation information. | 0.20 | No Charge |
| 07/30/2020 | AR | Email to Ms, Mancini to follow-up on subrogation request.  Email to Mr. Gomez and Ms. Vasquez regarding the status of this matter and waiting on the State for information needed. | 0.40 | 60.00 |
| 07/30/2020 | AR | Prepare letter to United Healthcare Community regarding subrogation amount.  Emails with RHB regarding same. | 0.40 | 60.00 |
| 07/31/2020 | AR | Arrange for RHB's electronic signature for United Healthcare letter.  Mail and email same. | 0.30 | No Charge |
| 08/13/2020 | AR | Telephone call to Optum regarding subrogation request. File still not open. | 0.30 | 36.00 |
| 08/14/2020 | RHB | REVIEW DOCS and correct settlement GAL report. | 0.25 | 87.50 |
| 08/19/2020 | AR | Review email from Optum regarding subrogation request.  Telephone call to Optum - case still not set up for response.  Email to RHB regarding same. | 0.40 | 48.00 |
| 08/21/2020 | AR | Make corrections to Report of Settlement GAL. | 0.30 | No Charge |
| 08/21/2020 | AR | Print off all invoices for Gomez matter and begin preparing fee declaration. | 0.20 | 30.00 |
| 08/24/2020 | RHB | REVIEW DOCS Subrogation letter - email (letter) on subro being incorrect). | 0.30 | 105.00 |
| 08/24/2020 | AR | Review Mr. Gomez's email regarding update on case. Prepare and email response for RHB's review and approval as to status on this matter. | 0.20 | 24.00 |
| 08/24/2020 | AR | Telephone call to Optum regarding subrogation interest.  Emails from/to RHB regarding same. | 0.50 | 75.00 |
| | | **Total Fees** | **3.75** | **$525.50** |

8/28/2020          GOMEZVS.AMTRAK/19-          Jimmy Gomez                                    Page:2
                   435

**Expenses**

08/04/2020 Postage                                              0.65

|  |  |
|---|---|
| **Total Expenses** | **$0.65** |
| **TOTAL NEW CHARGES** | **$526.15** |

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Prior Balance | 6,660.44 |
| Current Fees | 525.50 |
| Current Expenses | 0.65 |
| **AMOUNT DUE AND OWING TO DATE** | **$7,186.59** |

Fees and costs can be paid over the phone or online with all major credit cards.  Client funds held in the Trust Ledger shall be applied to the invoice balance 10 days from the date of the invoice.  Any unpaid fees and costs remain the client's responsibility and should be remitted promptly.  Thank you.

### AVAILABLE NOW!  PAY YOUR BILL ONLINE

To make a payment on this invoice using your debit or credit card, please follow this link:
https://secure.lawpay.com/pages/robinhbalsam/operating

To make an initial retainer deposit or to replenish your attorney retainer funds, please follow this link:
https://secure.lawpay.com/pages/robinhbalsam/trust

If you have any questions, please contact our bookkeeper at bookkeeper@balsamlaw.com.

## *Robin Balsam P.S.*

911 South I Street
Tacoma, WA 98405
253-627-7800
cmb@balsamlaw.com

---

**Jimmy Gomez**
WA

**Re:** Litigation GAL - RHB

| | |
|---|---|
| **Date:** | 9/30/2020 |
| **File Number:** | GOMEZVS.AMTRAK/19-435 |
| **Invoice Number:** | 32350 |

---

| Date | Initials | Description of Service | Hours | Amount |
|------|----------|------------------------|-------|--------|
| 08/28/2020 | AR | Corrections to McKissick letter. | 0.25 | No Charge |
| 08/28/2020 | AR | Discuss medical records needed for McKissick letter with RHB.  Review medical records for information and print/highlight appropriate pages.  Send letter to RHB for approval to send.  Update letter regarding preexisting condition. | 0.40 | 60.00 |
| 08/28/2020 | RHB | REVIEW DOCS and correct report - email Ringsters on how long quotes are good for. | 0.25 | 87.50 |
| 09/01/2020 | AP | Emailed August 28, 2020 letter from Robin H. Balsam to Carol McKissick, Analyst Optum | 0.10 | 12.00 |
| 09/02/2020 | AR | Begin fee petition for matter.  Print off all invoices to date. | 0.50 | 75.00 |
| 09/02/2020 | CMB | Discussed preparation of fee petition with ALR. | 0.10 | No Charge |
| 09/08/2020 | RHB | REVIEW DOCS Structured settlement quote letter to parents. | 0.40 | 140.00 |
| 09/11/2020 | JM | Scan Ms. Balsam's September 10, 2020 letter, with enclosed Structured Settlement Options; send via email to parents Jimmy Gomez Sr. And Juanita Vasquez. | 0.10 | No Charge |
| 09/14/2020 | JM | Send responsive email to Mr. Gomez, with attached copy of Ms. Balsam's September 10, 2020 letter for him to review in answer to his question about what will come next in this matter (refer him to second paragraph of letter in particular). | 0.10 | 12.00 |
| 09/14/2020 | RHB | REVIEW DOCS Mother's response to subrogation and surgery - respond. | 0.20 | 70.00 |
| 09/15/2020 | AR | Review Ms. Valdez's email to RHB and discuss same with RHB.  Prepare response and review medical records to reference in same. | 0.70 | 105.00 |
| 09/15/2020 | RHB | REVIEW DOCS Mom's email on eye issue - instructions to paralegal re: medical records. | 0.30 | 105.00 |
| 09/15/2020 | RHB | TELEPHONE CALL Mom re: eye issue. | 0.20 | 70.00 |
| 09/16/2020 | AR | Emails with RHB regarding response to Ms. Valdez's email. | 0.10 | No Charge |
| 09/16/2020 | AR | Prepare letter to parents regarding medical records. | 0.20 | No Charge |
| 09/16/2020 | AR | Research and provide RHB with the latest subrogation information. | 0.15 | No Charge |
| 09/16/2020 | RHB | REVIEW DOCS and correct letter to parents on eye issue. | 0.20 | 70.00 |

| 9/30/2020 | | GOMEZVS.AMTRAK/19-135 | Jimmy Gomez | | Page:2 |
|---|---|---|---|---|---|
| 09/16/2020 | RHB | REVIEW DOCS and revise SGAL report to add additional info and update. | | 0.30 | No Charge |
| 09/19/2020 | AR | Email RHB's letter to parents regarding medical records. | | 0.15 | No Charge |
| 09/22/2020 | AR | Corrections to Fee Petition and Report of SGAL.  Emails with RHB regarding same. | | 0.40 | No Charge |
| 09/22/2020 | AR | Emails with Mr. Gomez regarding next steps.  Discuss with RHB. | | 0.15 | No Charge |
| 09/23/2020 | AR | Prepare exhibits to SGAL report and fee petition. | | 0.15 | 22.50 |
| 09/23/2020 | RHB | REVIEW DOCS and correct report/fee declaration/email Ringlers on annuity quotes. | | 0.50 | 175.00 |
| 09/25/2020 | RHB | Estimated time to complete case. | | 2.00 | 700.00 |
| | | **Total Fees** | | **7.90** | **$1,704.00** |

**Expenses**

| 09/22/2020 | Postage | | 2.40 | |
|---|---|---|---|---|
| | **Total Expenses** | | | **$2.40** |
| | **TOTAL NEW CHARGES** | | | **$1,706.40** |

**STATEMENT OF ACCOUNT**

| | | |
|---|---|---|
| Prior Balance | | 7,186.59 |
| Current Fees | | 1,704.00 |
| Current Expenses | | 2.40 |
| **AMOUNT DUE AND OWING TO DATE** | | **$8,892.99** |

Fees and costs can be paid over the phone or online with all major credit cards.  Client funds held in the Trust Ledger shall be applied to the invoice balance 10 days from the date of the invoice.  Any unpaid fees and costs remain the client's responsibility and should be remitted promptly.  Thank you.

## AVAILABLE NOW!  PAY YOUR BILL ONLINE

To make a payment on this invoice using your debit or credit card, please follow this link:
https://secure.lawpay.com/pages/robinhbalsam/operating

To make an initial retainer deposit or to replenish your attorney retainer funds, please follow this link:
https://secure.lawpay.com/pages/robinhbalsam/trust

If you have any questions, please contact our bookkeeper at bookkeeper@balsamlaw.com.