THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JIMMY GOMEZ, SR., <br><br> Plaintiff, <br><br> v. <br><br> AMTRACK TRAIN COMPANY, Sacramento, California, <br><br> Defendant. | CASE NO. C18-5147-JCC <br><br> ORDER |

This matter comes before the Court on Defendant Amtrack Train Company's Petition for Approval of Settlement of Minor J.G. (Dkt. No. 35) and Settlement Guardian ad Litem (SGAL) Robin Balsam's Petition for Order Approving Payment of Attorney Fees and Costs (Dkt. No. 34). Having thoroughly considered the petitions, the report of the SGAL, and the relevant record, the Court APPROVES the settlement and ORDERS the following:

1. The proposed settlement as set forth in the report of the SGAL (Dkt. No. 33) and the Petition for Approval of Settlement of Minor J.G. (Dkt. No. 35) is APPROVED.

2. The net amount of $15,000 to be distributed to the minor J.G. is fair and reasonable and shall be paid out to J.G. starting at age eighteen (18) under the terms of promise of future payment laid out in Section IV of the Petition (Dkt. No. 35 at 3–4).

3. The SGAL's fees in the amount of $8,892.99 are found to be reasonable, are

approved, and must be paid from separate funds by Defendant.

4. The parties must submit dismissal paperwork upon completion of the settlement.

5. The SGAL is discharged upon completion of the requirements stated above.

DATED this 9th day of December 2020.

*/s/ John C. Coughenour*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-5147-JCC
PAGE - 2