THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JIMMY GOMEZ, SR., <br><br> Plaintiff, <br><br> v. <br><br> AMTRACK TRAIN COMPANY, Sacramento, California, <br><br> Defendant. | CASE NO. C18-5147-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On December 9, 2020, the Court approved the proposed settlement of this matter and ordered the parties to submit dismissal paperwork upon completion of the settlement. (Dkt. No. 40.) To date, no dismissal paperwork has been filed. The parties are ORDERED to file dismissal paperwork or a joint status report regarding the parties' progress in finalizing the settlement within 21 days from the date this order is issued.

DATED this 18th day of February 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C18-5147-JCC
PAGE - 1