THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JIMMY GOMEZ, SR., | CASE NO. C18-5147-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AMTRACK TRAIN COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order of dismissal with prejudice (Dkt. No. 46). In December 2020, the Court approved the proposed settlement of this matter and ordered the parties to submit dismissal paperwork upon completion of the settlement. (Dkt. No. 40.) The parties have filed a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. No. 46.) Pursuant to the parties' stipulation, the Court ORDERS that all claims in this action are dismissed with prejudice with each party bearing that party's own costs, expenses, and fees.

//

//

//

DATED this 26th day of August 2021.

                Ravi Subramanian
                Clerk of Court

                s/Sandra Rawski
                Deputy Clerk

MINUTE ORDER
C18-5147-JCC
PAGE - 2